UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS JAMES HUNTER | CIVIL ACTION |
| VERSUS | NO. 23-6032 |
| JUDGE TRACEY FLEMINGS-DAVILLIER, *et al.* | SECTION M (4) |

## ORDER

The Court, having considered the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of the plaintiff to file an objection to the R&R, hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that Thomas James Hunter's §1983 claims against Judge Tracey Flemings-Davillier and Judge Kimya Holmes are DISMISSED WITH PREJUDICE, as legally frivolous and for seeking monetary damages against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

IT IS FURTHER ORDERED that Thomas James Hunter's claims against District Attorney Leon Cannizzaro and Assistant District Attorneys Bob White, Zachary Creel, and Forrest Ladd are DISMISSED WITH PREJUDICE, as legally frivolous and for seeking monetary damages against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

IT IS FURTHER ORDERED that Thomas James Hunter's § 1983 claim for damages is DISMISSED WITH PREJUDICE, because a cause of action under § 1983 for damages attributable to an unconstitutional conviction or sentence does not accrue until the conviction or sentence has been invalidated. *See Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994); *Boyd v. Biggers*, 31 F.3d

---
[1] R. Doc. 8.

279, 283 (5th Cir.1994) ("Dismissal of the § 1983 action under 28 U.S.C. § 1915(d) is appropriate, post-*Heck*, because the plaintiff's action has been shown to be legally frivolous."); *Stephenson v. Reno*, 28 F.3d 26, 27-28 (5th Cir.1994).

IT IS FURTHER ORDERED that Thomas James Hunter's request that his conviction be overturned is DISMISSED WITHOUT PREJUDICE, as legally frivolous and for seeking relief that cannot be granted in a § 1983 civil rights proceeding, pursuant to 28 U.S.C. §§ 1915 and 1915A.

New Orleans, Louisiana, this 29th day of April, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE